# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **PHYLLIS EZELL,** | } | **CASE NO.:** 1:12-cv-2506 |
| Plaintiff, | } | **JUDGE:** Sara Lioi |
| v. | } | |
| | } | **NOTICE OF SETTLEMENT** |
| **GLOBAL CREDIT & COLLECTION CORP.,** | } | |
| Defendant. | } | |

PLAINTIFF, Phyllis Ezell, respectfully informs the Court that the parties have reached a mutual agreement to settle this case and that Plaintiff will submit a formal dismissal entry within thirty (30) days.

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville
_____
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff