UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS EZELL, | ) | CASE NO. 1:12CV2506 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GLOBAL CREDIT & COLLECTION, CORP., | ) ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

This case, having been settled by agreement of the parties, is hereby dismissed. Each party shall pay their own costs. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before January 14, 2013.

The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

This case is hereby closed.

**IT IS SO ORDERED**.

Dated: December 13, 2012

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**